## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**RUFUS POINDEXTER**
**ADC #140873**                                                                                  **PLAINTIFF**

**Case No. 5:16-cv-00244-KGB-BD**

**ANDREWS,** *et al*.                                                                        **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice for plaintiff Rufus Poindexter's failure to exhaust administrative remedies.

So adjudged this 16th day of February, 2017.

Kristine G. Baker
United States District Judge